IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REY CABRAL, | ) |
| | ) No. 05-826-HU |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) FINDINGS AND RECOMMENDATION |
| | ) |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | ) |
| | ) |
| Defendant. | ) |

Rey Cabral
Box 2511
Portland, Oregon 97208
    Pro se

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204
    Attorneys for defendant

HUBEL, Magistrate Judge:

    Plaintiff filed this action *pro se* on June 6, 2005, seeking judicial review of a decision issued on December 6, 2004 by the

FINDINGS AND RECOMMENDATION Page 1

Board of Veterans' Appeals, Department of Veterans' Affairs, denying plaintiff's application for service-connected disability benefits. On June 15, 2005, the court granted plaintiff's motion for leave to proceed *in forma pauperis* (doc. # 5). Plaintiff also requested that the court appoint counsel for him. The court granted the motion, to the extent that the Clerk of the Court was directed to request volunteer counsel (doc. # 8).

On November 16, 2005, defendant filed a motion to dismiss for improper venue, or in the alternative to transfer this action to the United States Court of Appeals for Veterans' Claims (doc. # 10). On November 30, 2005, plaintiff filed a motion for extension of time to respond to defendant's motion (doc. # 12). On December 2, 2005, the court stayed the motion to dismiss pending a response to the court's request for volunteer counsel (doc. # 13). On December 7, 2005, the court issued an order finding that the court had been unsuccessful in its efforts to obtain volunteer counsel for plaintiff, vacating the stay, and ordering plaintiff to respond to the defendant's motion to dismiss within 45 days (doc. # 14). Plaintiff has not filed a response to the defendant's motion to dismiss.

The United States Court of Appeals for Veterans' Claims has exclusive jurisdiction over review of decisions issued by the Board of Veterans Appeals. 38 U.S.C. § 7252(a)("The Court of Appeals for Veterans Claims shall have exclusive jurisdiction to review decisions of the Board of Veterans' Appeals. ... The Court shall have power to affirm, modify, or reverse a decision of the Board or

FINDINGS AND RECOMMENDATION Page 2

to remand the matter, as appropriate.") Decisions by the Court of Appeals for Veterans Claims are subject to review by the United States Court of Appeals for the Federal Circuit. 38 U.S.C. § 7292(a). Accordingly, I recommend that the court grant defendant's alternative motion (doc. # 10) that this case be transferred to the United States Court of Appeals for Veterans' Claims.

### Scheduling Order

The above Findings and Recommendation will be referred to a United States District Judge for review. Objections, if any, are due March 13, 2006. If no objections are filed, review of the Findings and Recommendation will go under advisement on that date. If objections are filed, a response to the objections is due March 27, 2006, and the review of the Findings and Recommendation will go under advisement on that date.

Dated this 24th day of February, 2006.

/s/ Dennis James Hubel

Dennis James Hubel
United States Magistrate Judge

FINDINGS AND RECOMMENDATION Page 3